# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:07-cr-237 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| RAMEON J. ALFORD, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on December 2, 2020.  The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on December 6, 2022. The defendant admitted to the following violation:

1. New Law Violation

The magistrate judge filed a report and recommendation on December 6, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on January 6, 2023. Present were the following: Assistant United States Attorney Robert Kolansky, Attorney Christian J. Grostic, the defendant Rameon J. Alford, and United States Probation Officer Luke Filippi.

Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his

supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 24 months consecutive to the defendant's federal sentence in the Western District of Pennsylvania, Case No. 2:20-cr-355; no term of supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: January 6, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**